# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO. 4:12-CR-137** |
| **JACQUES POPE** ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of January 15th, February 15th, February 19th, March 17th, March 29th thru 31st, and April 1st thru 2nd, 2021. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 7th day of January, 2021.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division